**EXHIBIT "A"**



**Fort Lauderdale Office**
713 East Broward Blvd, Suite R
Fort Lauderdale, FL 33301
Tel: (954) 845-0505
Fax: (954) 206-0050

**Palm Beach Office**
515 N. Flagler Drive, Suite P-300
West Palm Beach, FL 33401
Tel: (954) 260-5228
Fax: (954) 337-6227

**Justin Weinstein, Esq**.
Founding Partner
Justin@Weinstein-Legal.com
**Matt Shafran, Esq.**
Partner
Matt@Weinstein-Legal.com
**Danielle Zukowsky, Esq.**
Associate
Danielle@Weinstein-Legal.com

www.Weinstein-Legal.com

## CLOSING STATEMENT

Client: Hector Fagundo Serrano
Date of Accident: June 26, 2019
Date of Closing: May 1, 2020

| | |
|---|---|
| GROSS SETTLEMENT PROCEEDS: | $7,100.00 |
| DEDUCTIONS FOR OUTSTANDING MEDICAL BILLS (Reduction letters attached) | ($90.00) |
| DEDUCTION FOR ATTORNEYS' FEES: | ($2,364.30) |
| DEDUCTION FOR ATTORNEYS' COSTS: | ($24.35) |
| TOTAL PROCEEDS TO **TRUSTEE**: Marcia T. Dunn | $4,621.35 |

_____To the best of my knowledge, understanding and belief, the only outstanding medical bills are those listed on the next page, and that each provider listed thereon has agreed in writing to take the reduced amounts as stated thereon and agreed to be paid from the Gross Settlement Proceeds above. I have seen no other health care providers or incurred any other health care expenses other than those listed on the next page. However, if there is any additional benefits paid by my health insurance in connection with this accident/claim, said health insurance will have a lien on my disbursement and I will be responsible to pay same.

_____I affirm that I **have not** received Medicare or Medicaid benefits or through any supplement of same, benefits arising out of or related to this claim. In the event that it is determined that I have received any benefits, I shall be solely responsible to CMS or any other entity for any claim, right, lien, or cause of action that Medicare or Medicaid or any other supplement may assert which may include an action pursuant to the Medicare Secondary Payor Act (42 U.S.C. 1395y(b)). In addition, I agree to contact the appropriate entity, which may include MSPRC and pay or otherwise resolve any conditional payment asserted by CMS, MSPRC or any other entity related to this claim, and further agree to secure a document releasing me from any further liability regarding the foregoing.

**EXHIBIT "A"**

\_\_\_\_I hereby acknowledge and agree that Justin Weinstein, P.A. d/b/a Weinstein Legal, has made a good faith effort to resolve any and all outstanding medical bills and liens, and that any unresolved medical bills and liens are my responsibility. I understand that Weinstein Legal makes no representations as to whether any of the medical providers I treated with in connection with this claim may at a future time seek reimbursement for the full amount of medical bills and I agree to hold harmless and covenant not to seek payment or sue Weinstein Legal for any past or future medical bills or any subrogation interest that your medical providers may have. Further, I agree to hold harmless and indemnify Weinstein Legal should any action arise.

\_\_\_\_I hereby acknowledge that Justin Weinstein, P.A. d/b/a Weinstein Legal has advised me that I should seek the advice of an attorney that specifically specializes in Disability and/or Social Security law should this apply to me. I understand that Weinstein Legal makes no representations as to how disability or social security benefits will be affected by this settlement. I agree to hold harmless and covenant not to seek payment or sue Weinstein Legal for any issue arising regarding disability and/or Social Security benefits in relation to this claim/settlement.

\_\_\_\_ I hereby acknowledge that Justin Weinstein, P.A. d/b/a Weinstein Legal has advised me that I should seek the advice of an attorney that specifically specializes in Bankruptcy law should this apply to me. I understand that Weinstein Legal makes no representations as to how bankruptcy will be affected by this settlement. I agree to hold harmless and covenant not to seek payment or sue Weinstein Legal for any issue arising regarding bankruptcy in relation to this claim/settlement.

\_\_\_\_I HAVE READ AND APPROVED this Closing Statement and the above paragraphs that I have initialed next to and hereby acknowledge that I agreed to accept and hereby accept the Gross Settlement Proceeds and the Net Proceeds to the Client as reflected above.

_____                    _____
**HECTOR FAGUNDO SERRANO**                                              DATE


_____
**JUSTIN WEINSTEIN, ESQ.**

## OUTSTANDING MEDICAL BILLS AND LIENS

1) Chiropractic Clinics of South Florida ($0.00)

2) All Pro Orthopedics ($90.00)

3) Best American Diagnostic Center ($0.00)

4) Med Link Now ($0.00)

**TOTAL** **$90.00**

**Fort Lauderdale Office**
713 E Broward Blvd, Suite R
Fort Lauderdale, FL 33301
Tel: (954) 845-0505
Fax: (954) 206-0050

**Palm Beach Office**
515 N. Flagler Drive, Suite P-300
West Palm Beach, FL 33401
Tel: (954) 260-5228
Fax: (954) 206-0050



**Justin Weinstein, Esq.**
Managing Partner
Justin@Weinstein-Legal.com
**Matt Shafran, Esq.**
Partner
Matt@Weinstein-Legal.com
**Danielle Zukowsky, Esq.**
Associate
Danielle@Weinstein-Legal.com

www.Weinstein-Legal.com

April 22, 2020

**VIA FACSIMILE: 305-949-6742 & Email:** garrett.weinstein@revprohealthcare.com
Chiropractic Clinics of South Florida

    **Re:**    **My Client:**    **Hector Fagundo Serrano**
            **Date of Birth:**    **January 18, 1984**
            **Date of Loss:**    **June, 26, 2019**

Dear Billing:

    As you may know, we represent Hector Fagundo Serrano in connection with the personal injuries he sustained in an accident on June, 26, 2019. On behalf of Mr. Taylor, thank you for the treatment and services you have provided him.

    Unfortunately, the third-party tortfeasor's insurance company has offered a nominal amount to settle the injury claim. The amount offered is not sufficient to pay all of Mr. Taylor's providers in full. According to my records, Mr. Fagundo Serrano incurred charges in the amount of $15,343.32 and PIP paid $7,273.86 That leaves a balance for which Mr. Fagundo Serrano is responsible.

    We respectfully request that you waive the balance of your bill and accept the PIP payment as full and final settlement of Mr. Taylor's obligations to you. Your agreement in this regard will in no way impact your rights to seek additional payment from Mr. Taylor's PIP carrier. If you agree to waive Mr. Taylor's balance, please sign where indicated below.

*"As part of a third party settlement, this provider has agreed to accept the above amount as full and final payment from the patient for those bills which fall under the deductible, considered a co-pay, and for bills that exceed the PIP coverage, provided the patient agrees to cooperate with the provider in its collection efforts against the PIP insurer. This provider, as part of the settlement, expressly maintains the right to file a PIP suit or to continue litigating its PIP suit against the PIP insurer for all available PIP benefits."*

Sincerely,

/s/ *Justin Weinstein*
Justin Weinstein, Esq.

Chiropractic Clinics of South Florida agrees to waive the balance due for Mr. Taylor. This waiver includes Mr. Taylor's co-payment and/or deductible obligations. Upon signature below, Mr. Fagundo Serrano will be left with a balance of $0.00.

Natalie Campo/ Front Desk    4/22/2020
Print Name/ Title    Date

_____
Signature
JW/amd



**Fort Lauderdale Office**
713 E Broward Blvd, Suite R
Fort Lauderdale, FL 33301
Tel: (954) 845-0505
Fax: (954) 206-0050

**Palm Beach Office**
515 N. Flagler Drive, Suite P-300
West Palm Beach, FL 33401
Tel: (954) 260-5228
Fax: (954) 206-0050

**Justin Weinstein, Esq**.
Managing Partner
Justin@Weinstein-Legal.com
**Matt Shafran, Esq.**
Partner
Matt@Weinstein-Legal.com
**Danielle Zukowsky, Esq.**
Associate
Danielle@Weinstein-Legal.com

www.Weinstein-Legal.com

April 22, 2020

**VIA EMAIL ONLY: billing@bestamericandiagnostics.com & lisette@bestamericandiagnostics.com**
Best American Diagnostics Center
Attn: Olga Bacallao

| | | |
|---|---|---|
| **Re:** | **My Client:** | **Hector Fagundo Serrano** |
| | **Date of Birth:** | **January 18, 1984** |
| | **Date of Loss:** | **June 26, 2019** |

Dear Billing:

As you may know, we represent Hector Fagundo Serrano in connection with the personal injuries he sustained in an accident on June 26, 2019. On behalf of Mr. Fagundo Serrano, thank you for the treatment and services you have provided him.

Unfortunately, the third-party tortfeasor's insurance company has offered a nominal amount to settle the injury claim. The amount offered is not sufficient to pay all of Mr. Fagundo Serrano's providers in full. According to my records, Mr. Fagundo Serrano incurred charges in the amount of $3,500.00 and PIP paid $1,905.26 That leaves a balance for which Mr. Fagundo Serrano is responsible.

We respectfully request that you waive the balance of your bill and accept the PIP payment as full and final settlement of Mr. Fagundo Serrano's obligations to you. Your agreement in this regard will in no way impact your rights to seek additional payment from Mr. Fagundo Serrano's PIP carrier. If you agree to waive Mr. Fagundo Serrano's balance, please sign where indicated below.

Sincerely,

/s/ *Justin Weinstein*
Justin Weinstein, Esq.

Best American agrees to waive the balance due for Mr. Fagundo Serrano. This waiver includes Mr. Fagundo Serrano's co-payment and/or deductible obligations. Upon signature below, Mr. Fagundo Serrano will be left with a balance of $0.00.

olga m bacallao
Print Name / Title

*olga bacallao*
Signature

Date
4/23/20

JW/amd



**Fort Lauderdale Office**
713 E Broward Blvd, Suite R
Fort Lauderdale, FL 33301
Tel: (954) 845-0505
Fax: (954) 206-0050

**Palm Beach Office**
515 N. Flagler Drive, Suite P-300
West Palm Beach, FL 33401
Tel: (954) 260-5228
Fax: (954) 206-0050

**Justin Weinstein, Esq.**
Managing Partner
Justin@Weinstein-Legal.com
**Matt Shafran, Esq.**
Partner
Matt@Weinstein-Legal.com
**Danielle Zukowsky, Esq.**
Associate
Danielle@Weinstein-Legal.com

www.Weinstein-Legal.com

April 22, 2020

**VIA EMAIL ONLY:** Judith.Hurtado@aolproorthopaedics.com
All Pro Ortho

Re:   My Client:          Hector Fagundo Serrano
      Date of Birth:      January 18, 1984
      Date of Loss:       June 26, 2019

Dear Billing:

As you may know, we represent Hector Fagundo Serrano in connection with the personal injuries he sustained in an accident on June 26, 2019. On behalf of Mr. Fagundo Serrano, thank you for the treatment and services you have provided him.

Unfortunately, the third-party tortfeasor's insurance company has offered a nominal amount to settle the injury claim. The amount offered is not sufficient to pay all of Mr. Fagundo Serrano's providers in full. According to my records, Mr. Fagundo Serrano incurred charges in the amount of $2,426.42 and PIP paid $480.60 That leaves a balance for which Mr. Fagundo Serrano is responsible.

We respectfully request that you waive the balance of your bill and accept the PIP payment as full and final settlement of Mr. Fagundo Serrano's obligations to you. Your agreement in this regard will in no way impact your rights to seek additional payment from Mr. Fagundo Serrano's PIP carrier. If you agree to ~~waive~~ Mr. Fagundo Serrano's balance, please sign where indicated below.

$90.00

Sincerely,

/s/ *Justin Weinstein*
Justin Weinstein, Esq.

All Pro Ortho agrees to waive the balance due for Mr. Fagundo Serrano. This waiver includes Mr. Fagundo Serrano's co-payment and/or deductible obligations. Upon signature below, Mr. Fagundo Serrano will be left with a balance of $0.00.

_____        Date 4/22/20
Print Name / Title

_____        JW/amd
Signature

**Fort Lauderdale Office**
713 E Broward Blvd, Suite R
Fort Lauderdale, FL 33301
Tel: (954) 845-0505
Fax: (954) 206-0050

**Palm Beach Office**
515 N. Flagler Drive, Suite P-300
West Palm Beach, FL 33401
Tel: (954) 260-5228
Fax: (954) 206-0050



**WEINSTEIN**
——— L E G A L ———

**Justin Weinstein, Esq.**
Managing Partner
Justin@Weinstein-Legal.com
**Matt Shafran, Esq.**
Partner
Matt@Weinstein-Legal.com
**Danielle Zukowsky, Esq.**
Associate
Danielle@Weinstein-Legal.com

www.Weinstein-Legal.com

April 22, 2020

"As part of a third party settlement, this provider has agreed to accept the above amount as full and final payment from the patient for those bills which fall under the deductible, considered a co-pay, and for bills that exceed the PIP coverage, provided the patient agrees to cooperate with the provider in its collection efforts against the PIP insurer. This provider, as part of the settlement, expressly maintains the right to file a PIP suit or to continue litigating its PIP suit against the PIP insurer for all available PIP benefits."

**VIA FACSIMILE ONLY: 305-396-9987**
MedLink Now LLC

Re:  My Client:         **Hector Fagundo Serrano**
     Date of Birth:     **January 18, 1984**
     Date of Loss:      **June 26, 2019**

Dear Billing:

As you may know, we represent Hector Fagundo Serrano in connection with the personal injuries he sustained in an accident on June 26, 2019. On behalf of Mr. Fagundo Serrano, thank you for the treatment and services you have provided him.

Unfortunately, the third-party tortfeasor's insurance company has offered a nominal amount to settle the injury claim. The amount offered is not sufficient to pay all of Mr. Fagundo Serrano's providers in full. According to my records, Mr. Fagundo Serrano incurred charges in the amount of $2,426.42 and PIP paid $480.60 That leaves a balance for which Mr. Fagundo Serrano is responsible.

We respectfully request that you waive the balance of your bill and accept the PIP payment as full and final settlement of Mr. Fagundo Serrano's obligations to you. Your agreement in this regard will in no way impact your rights to seek additional payment from Mr. Fagundo Serrano's PIP carrier. If you agree to waive Mr. Fagundo Serrano's balance, please sign where indicated below.

Sincerely,

/s/ *Justin Weinstein*
Justin Weinstein, Esq.

MedLink Now LLC agrees to waive the balance due for Mr. Fagundo Serrano. This waiver includes Mr. Fagundo Serrano's co-payment and/or deductible obligations. Upon signature below, Mr. Fagundo Serrano will be left with a balance of $0.00.

_Yesenia Hernandez M.A_
Print Name / Title

_Y. Hernandez_
Signature

Date

JW/amd