**EXHIBIT "B"**
Proposed Order

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

HECTOR Y. FAGUNDO SERRANO,                Case No. 19-23676-AJC
                                          Chapter 7
　　　Debtor.
_____/

**ORDER GRANTING TRUSTEE'S MOTION TO APPROVE**
**SETTLEMENT AND COMPROMISE OF PERSONAL INJURY CLAIM**

**THIS CAUSE** having come before the Court upon Marcia T. Dunn, Trustee's *Motion to Approve Settlement and Compromise of Personal Injury Claim* (the "Motion") [D.E. ___], and the Court, having reviewed the file, and the Motion; and the movant, by submitting this form of order, having represented that the Motion was served on all parties required by Local Rule 9013-1(D), that the 21-day response time provided by that rule has expired, that no one has filed, or served on the movant, a response to the Motion, and that the form of order was attached as an exhibit to the Motion; and good cause having been shown, does hereby

**ORDER** as follows:

1.      The Motion is **GRANTED,** and the *Settlement and Compromise of the Personal Injury Claim* is **APPROVED**.

2.      Trustee is authorized to settle the personal injury claim as it relates to the Debtor under the terms and conditions as outlined in the Motion (the "Settlement").

3.      The Trustee is authorized to execute any and all documents necessary to effectuate the Settlement.

4.      The Trustee is authorized to pay attorneys' fees of Special Counsel, outstanding costs advanced by Special Counsel, and settle medical liens, as specified in the Motion.

5.      The Court retains jurisdiction to enforce the terms of the Settlement.

# # #

Submitted by:

Michael P. Dunn, Esq.
Florida Bar No. 100705
Dunn Law, P.A.
*Counsel for Marcia T. Dunn, Chapter 7 Trustee*
66 West Flagler Street, Suite 400
Miami, Florida 33130
Tel: 786-433-3866
Fax: 786-260-0269
michael.dunn@dunnlawpa.com

*Attorney Dunn shall serve copies of this Order on all parties of record and file a certificate of service.*