UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:                                                                 Case No. 19-23676-BKC-AJC
                                                                       Chapter 7
**Hector Y Fagundo Serrano**

                    Debtor
_____/

## TRUSTEE'S APPLICATION FOR COMPENSATION
## AND ALLOWANCE OF ADMINISTRATIVE EXPENSE

    The undersigned Trustee applies for compensation and expense and certifies under penalty of perjury that the following is true and correct to the best of his knowledge. All services performed by the Trustee were necessary and the compensation does not exceed the maximum authorized by law.

    The Trustee further states that no interim compensation to the Trustee has been allowed and paid except to the extent detailed below, and that no payments have been made or promised for services rendered or to be rendered in any capacity in this case. The Trustee further states that no agreement or understanding exists between applicant and any other person for sharing compensation received or to be received.

### TRUSTEE'S COMPENSATION AND REIMBURSEMENT

| | | |
|---|---|---:|
| **GROSS RECEIPTS:** | $ | 7,100.00 |
| | | |
| **COMPENSATION:** | | |
| | | |
| 25% of (First $5,000.00)        = | $ | 1,250.00 |
| 10% of (Next $45,000.00)      = | $ | 210.00 |
| 5% of (Next $950,000.00)     = | $ | 0.00 |
| 3% of Balance                       = | $ | 0.00 |
| TOTAL | $ | 1,460.00 |
| | | |
| **EXPENSE REIMBURSEMENT:** (Detail Attached) | $ | 21.14 |
| | | |
| **TOTAL FEE & EXPENSE:** | $ | 1,481.14 |
| **LESS ALLOWED INTERIM ALLOWANCE:** | $ | 0.00 |
| **BALANCE:** | $ | 1,481.14 |

**WHEREFORE,** the Trustee requests that this application be approved by this Court, and that the Trustee be granted an allowance for compensation and reimbursement as detailed above.

Dated this 31th day of July, 2020.

/s/ MARCIA T. DUNN
MARCIA T. DUNN, Trustee
66 West Flagler Street, Suite 400
Miami, FL 33130

Printed: 07/31/20

**Expense Worksheet Report**
**Trustee: MARCIA T. DUNN**
**Period: 10/11/2019 - 07/31/2020**

Page: 1

Case Number: 19-23676 - RAM
Case Name: Hector Y Fagundo Serrano

Category: **COPIES**

| Date | Description | Units | Rate | Total |
|---|---|---|---|---|
| 07/31/20 | NFR | 64.00 | $0.150 | $9.60 |
| **Total for Category COPIES** | | **64.00** | | **$9.60** |

Category: **POSTAGE**

| Date | Description | Units | Rate | Total |
|---|---|---|---|---|
| 07/31/20 | Order Awarding Professional Fees and Expenses | 1.00 | $0.790 | $0.79 |
| 07/31/20 | Mail Dividend Checks | 5.00 | $0.550 | $2.75 |
| 07/31/20 | NFR | 16.00 | $0.500 | $8.00 |
| **Total for Category POSTAGE** | | **22.00** | | **$11.54** |

**Total for Case 19-23676:**　　$21.14

**Total for Trustee MARCIA T. DUNN:**　　$21.14

**Grand Total:**　　$21.14